JS-6

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11  FIDEL HERNANDEZ,                    **Case No.: 2:19-cv-06829 RGK (AGRx)**
                                        Hon. R. Gary Klausner
12              Plaintiff,
                                        **[~~PROPOSED~~] ORDER GRANTING**
13      vs.                             **STIPULATION FOR DISMISSAL OF**
                                        **THE ENTIRE ACTION**
14
    FALLS COIN LAUNDRY SERVICES,
15  INC. D/B/A COIN LAUNDRY; and
    DOES 1 to 10,
16
17              Defendants.
18
19
20
21
22
23
24
25
26
27
28

1       Based on the stipulation of the parties and for good cause shown:

2

3       IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,

4

5 all parties to bear their own fees and costs.

6

7       SO ORDERED.

8

9       DATED: April 28, 2020

United States District Court Judge